PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Young                                  Cr.: 2:03CR-195-02

Name of Sentencing Judicial Officer: Honorable William G. Bassler

Date of Original Sentence: 06-09-05

Original Offense: Fraud by Wire (18 U.S.C. 1343)

Original Sentence: 5 years probation

Type of Supervision: Probation                    Date Supervision Commenced: 06-09-05

Assistant U.S. Attorney: John Vazquez              Defense Attorney: David Glazer

---

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state or local crime**". |
| | On July 25, 2006, the New Jersey State Police arrested Thomas Young and charged that on July 21, 2006, he committed a Robbery (1st Degree). He was also charged with Possession of a Weapon, Possession of a Weapon for Unlawful Purposes and Aggravated Assault. According to the State Police, the offender and an accomplice pointed a handgun and robbed a motorist who had broken down on exit 143A off the Garden State Parkway. Young is being held without bail at the Essex County Jail. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin M. Villa
U.S. Probation Officer
Date: 08-01-06

PROB 12C - Page 2
Thomas Young

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

August 4 2006
_____
Date